ACCEPTED
15-24-00057-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 9:51 AM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-24-00057-CV

COURT OF APPEALS
FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 9:51:42 AM
CHRISTOPHER A. PRINE
Clerk

TARLETON STATE UNIVERSITY,

*Appellant,*

vs.

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION,

*Cross-Appellant / Appellee.*

## CROSS-APPELLANT/APPELLEE'S NOTICE OF WITHDRAWAL OF KELLEY BREGENZER

TO THE HONORABLE COURT OF APPEALS:

Cross-Appellant/Appellee the Foundation for Individual Rights and Expression ("FIRE") files this nonrepresentation notice in accordance with Tex. R. App. P. 6.4(c). In support of this notice, FIRE respectfully shows the following:

1. When "an attorney other than lead counsel will no longer represent the party, but lead counsel will continue to represent the party, the non-lead counsel should file a nonrepresentation notice," which

"should state that non-lead counsel will no longer represent the client and identify counsel who will continue to represent the party." Tex. R. App. P. 6.4(c).

2.    Kelley Bregenzer, who is not lead counsel for Cross-Appellant/Appellee FIRE, hereby files this notice of nonrepresentation of FIRE. Bregenzer will no longer represent FIRE.

3.    JT Morris remains counsel for FIRE. Morris is admitted to practice law in Texas and will continue representing FIRE going forward in this appeal. His contact information is:

> JT Morris
> Texas SBN 24094444
> Foundation for Individual
> Rights and Expression
> 700 Pennsylvania Avenue SE, Suite 340
> Washington, DC 20003
> Tel: 215-717-3473
> Fax: 215-717-3440
> jt.morris@thefire.org

Dated: February 13, 2025          Respectfully submitted,

> /s/ *Kelley Bregenzer**
> kelley.bregenzer@thefire.org
> FOUNDATION FOR INDIVIDUAL RIGHTS
> AND EXPRESSION
> 510 Walnut Street, Suite 900
> Philadelphia, PA 19106
> Tel.: (215) 717-3473
> Fax: (215) 717-3440

2

JT Morris
jt.morris@thefire.org
Texas SBN 24094444
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: 215-717-3473
Fax: 215-717-3440

*Attorneys for Foundation for Individual Rights and Expression*
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

Pursuant to the Texas Rules of Civil Procedure, a true and correct copy of the foregoing was served on all counsel listed below by Texas e-file service on February 13, 2025:

Alyssa Bixby-Lawson
OFFICE OF THE ATTORNEY GENERAL
Alyssa.bixby-lawson@oag.texas.gov


*/s/ JT Morris*
JT Morris

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JT Morris on behalf of Joshua (JT) Morris
Bar No. 24094444
jt.morris@thefire.org
Envelope ID: 97332625
Filing Code Description: Other Document
Filing Description: Notice of Withdrawal of Kelley Bregenzer
Status as of 2/13/2025 10:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Gabriel Walters | | gabe.walters@thefire.org | 2/13/2025 9:51:42 AM | SENT |
| Alyssa Bixby-Lawson | | Alyssa.Bixby-Lason@oag.texas.gov | 2/13/2025 9:51:42 AM | ERROR |